**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants SAM'S WEST, INC. d/b/a SAM'S CLUB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WASSIM EL HADDAD, individually,<br><br>Plaintiffs,<br>vs.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Foreign Corporation; M&D Group, LLC, a Nevada Limited Liability Company; DOE EMPLOYEES; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>Defendants. | CASE No. 2:25−cv−01361−JAD−BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that the current discovery deadlines to be extended as indicated on page 3, pursuant to Local Rule 26-1(b) and 26-4.

## I.
## DISCOVERY COMPLETED TO DATE

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. Defendant produced its Lists of Witnesses and Documents on August 5, 2025,

3. Plaintiff produced his Lists of Witnesses and Documents on September 15, 2025.

4. Defendant propounded its First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests) to Plaintiff on September 15, 2025.

6. Plaintiff responded to First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests) to Plaintiff.

1

7. Plaintiff served his initial Discover to Defendant on October 29, 2025.

8. Defendant responded to Plaintiff's Initial Discovery on December 29, 2025.

9. Rule 35 Examination of Plaintiff with Dr. Rimoldi on December 15, 2025.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Inspection of the premises.

2. Deposition of Plaintiff.

3. Deposition of Defendant Walmart, Inc. 30(b)(6) witness(es).

4. Designation of Initial Experts.

5. Designation of Rebuttal Experts.

6. Deposition(s) of Plaintiff's treating physicians.

7. Deposition of other percipient witnesses.

8. Depositions of experts.

9. Additional written discovery (if necessary).

10. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## WHY DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME PROVIDED BY THE CURRENT SCHEDULING ORDER

The parties respectfully submit, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or for the purpose of delay. Good cause exists for the following reasons: a brief extension is request to disclose initial experts and rebuttal expert. The Rule 35 Examination of Plaintiff occurred on December 15, 2025 with Dr. Rimoldi. Defense's counsel was informed today January 2, 2026 that the report of Dr. Rimoldi will be ready by January 9, 2026 since the transcriptionist is out of the office until January 9, 2026 due to the Holidays. Counsel have conferred via text message today and agreed to the brief extension subject to the approval of this court.

**Extension or Modification of The Discovery Plan and Scheduling Order.**

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect. **Good cause exists for the following reasons: a brief extension is requested to disclose initial and rebuttal experts. The Rule 35 Examination of Plaintiff occurred on December 15, 2025 with Dr. Rimoldi. Defense's counsel was informed that the report will be ready by January 9, 2026 since the transcriptionist was out of the office until January 9, 2026 due to the Holidays. Counsel have conferred via text message today and agreed to the brief extension subject to the approval of this court**.

### IV.
### PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | December 4, 2025 | December 4, 2025 |
| Initial Expert Disclosures | January 3, 2026 | **January 9, 2026** |
| All Rebuttal Expert Disclosures | February 3, 2026 | **February 9, 2026** |
| Discovery Cut-Off Date | March 4, 2026 | March 4, 2026 |
| Dispositive Motions | April 3, 2026 | April 3, 2026 |
| Pretrial Order | May 3, 2026 | May 3, 2026 |

///

///

///

///

///

///

///

3

1  The parties represent this Stipulation is sought in good faith and with excusable neglect
2  and not interposed for delay or any other improper purpose.
3  Dated this 2nd day of January, 2026.                    Dated this 2nd day of January, 2026.

4  **TYSON & MENDES LLP**                                   **PACIFIC WEST INJURY LAW**

5  /s/ Griffith H. Hayes                                    /s/

6    Griffith Hayes                                 Kirill Mikhaylov
   GRIFFITH H. HAYES                                        KRISTOPHER M. HELMICK
7  Nevada Bar No. 7374                                      Nevada Bar No. 13348
   TYRUS COBB                                               KIRILL V. MIKHAYLOV
8  Nevada Bar No. 8031                                      Nevada Bar No. 13538
   2835 St. Rose Pkwy., Suite 140                           5940 South Rainbow Boulevard
9  Henderson, NV 89052                                      Las Vegas, NV 89118
10 *Attorneys for Defendant SAM'S WEST, INC.                *Attorneys for Plaintiff*
   d/b/a SAM'S CLUB*

13 **IT IS SO ORDERED.**

15  _____
    UNITED STATES MAGISTRATE JUDGE

17  DATED  January 5, 2026

4

**Misty Pettiford**

| | |
|---|---|
| **From:** | Stefania Rota Scalabrini |
| **Sent:** | Friday, January 2, 2026 2:28 PM |
| **To:** | Misty Pettiford |
| **Cc:** | Griffith Hayes; Daniela De La Torre Montero |
| **Subject:** | FW: El Hadadd v. Sam's West ( 25-2693) FRE 408 |
| **Attachments:** | SAO First Request (A0374270xDBB43).DOCX |

Hi Misty,

Can you please file this SAO this afternoon? Thank you !!



### Stefania Rota Scalabrini
### Paralegal

2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information*

**From:** Kirill Mikhaylov, Esq. <Kirill@PacificWestinjury.com>
**Sent:** Friday, January 2, 2026 2:27 PM
**To:** Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com>
**Cc:** Griffith Hayes <ghayes@tysonmendes.com>; Michelle Zuniga <Michelle@PacificWestinjury.com>; Claudia Corral <Claudia@PacificWestinjury.com>
**Subject:** Re: El Hadadd v. Sam's West ( 25-2693) FRE 408

You may affix my electronic signature

> On Jan 2, 2026, at 5:16 PM, Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com> wrote:

1

Thank you Mr. Mikhaylov.

We have prepared a Stipulation extending discovery pertaining to experts only. If no revisions are needed, please let us know if we may affix your signature. Thank you.

<image001.png>

**Stefania Rota Scalabrini**
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com
<image002.png>

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information*

**From:** Kirill Mikhaylov, Esq. <Kirill@PacificWestinjury.com>
**Sent:** Friday, January 2, 2026 2:11 PM
**To:** Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com>
**Cc:** Griffith Hayes <ghayes@tysonmendes.com>; Michelle Zuniga <Michelle@PacificWestinjury.com>; Claudia Corral <Claudia@PacificWestinjury.com>
**Subject:** Re: El Hadadd v. Sam's West ( 25-2693) FRE 408

Good Afternoon,

Per my messages with Griff, the scheduling order states that January 3, 2026, is the initial expert disclosure deadline, which is tomorrow but we will be treating Monday as the initial expert disclosure deadline.

We're in agreement with extension for Rimoldi's report to January 9, 2026.

Thank you.

> On Jan 2, 2026, at 2:33 PM, Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com> wrote: