KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
PACIFIC WEST INJURY LAW
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
Phone: (702) 602-4878
Fax: (702) 665-5627
Kris@PacificWestInjury.com
Kirill@PacificWestInjury.com
Bohden@PacificWestInjury.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WASSIM EL HADDAD, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Foreign Corporation; M&D Group, LLC, a Nevada Limited Liability Company; DOE EMPLOYEES; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>Defendants. | CASE NO.:    2:25-cv-01361-JAD-BNW<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT SAM WEST INC.'S MOTION FOR SUMMARY JUDGMENT DOC. # 20**<br><br>ECF Nos. 20, 22 |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that Defendant Sam's West Inc.'s ("Defendant") Motion for Summary Judgment, Doc. #20, filed on April 21, 2026, is hereby withdrawn. Defendant filed another Motion for Summary Judgment on May 4, 2026, Doc. #21, and the parties desire for Doc. #21 to be the operative dispositive motion. The parties hereby stipulate and agree that Plaintiff's deadline to file his Opposition to Defendant Sam West Inc.'s Motion for Summary Judgment, Doc. # 21, will be May 26, 2025, because May 25, 2026, is Memorial Day, a court observed holiday.

/ / /

/ / /

/ / /

Page 1 of 2

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

DATED this __12th__ day of May, 2026.        DATED this __12th__ day of May, 2026.

**PACIFIC WEST INJURY LAW**                  **TYSON & MENDES LLP**


_/s/ Kirill V. Mikhaylov_                    ___/s/__Griffith Hayes_____
KRISTOPHER M. HELMICK, ESQ.                  GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 13348                         Nevada Bar No. 7374
KIRILL V. MIKHAYLOV, ESQ.                    2835 St. Rose Pkwy., Suite 140
Nevada Bar No. 13538                         Henderson, NV 89052
BOHDEN G. COLE, ESQ.                         *Attorneys for Defendants*
Nevada Bar No. 15719
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiff*


### ORDER

Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS ORDERED that the version of the motion for summary judgment filed at ECF No. 20 is deemed withdrawn; the response to the version filed at ECF No. 21 is due 5/26/26.


_____
**UNITED STATES DISTRICT JUDGE**
                              **Dated:** May 13, 2026