**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants SAM'S WEST, INC. d/b/a SAM'S CLUB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WASSIM EL HADDAD, individually,<br><br>      Plaintiffs,<br>vs.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Foreign Corporation; M&D Group, LLC, a Nevada Limited Liability Company; DOE EMPLOYEES; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>      Defendants. | CASE No. 2:25−cv−01361−JAD−BNW<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT SAM'S WEST, INC. TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT AND TO REQUEST A DATE OTHER THAN JUNE 29, 2026 FOR THE HEARING ON THE MOTION** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, that Defendant shall have up to and including June 12, 2026, to file and serve its Reply in Support of its Motion for Summary Judgment.

The parties further stipulate and request that the hearing on Defendant's Motion for Summary Judgment, currently scheduled for June 29, 2026, be continued  to the next available hearing date after June 29, 2026 that is convenient for the Court. Good cause exists for the continuance because Plaintiff's  counsel is unavailable on June 29, 2026, and additional time is needed by Defendant to reply to Plaintiff's opposition to Defendant's Motion.

This Stipulation is entered into in good faith, is not sought for purposes of delay, and will not prejudice any party.

///

///

///

///

1

**IT SO STIPULATED**

Dated this 11th day of June, 2026.

Dated this 11th day of June, 2026.

**TYSON & MENDES LLP**

**PACIFIC WEST INJURY LAW**

*/s/ Griffith H. Hayes*

*/s/ Kirill V. Mikhaylov*

_____

GRIFFITH H. HAYES
Nevada Bar No. 7374
TYRUS COBB
Nevada Bar No. 8031
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant SAM'S WEST, INC.*
*d/b/a SAM'S CLUB*

_____

KRISTOPHER M. HELMICK
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV Nevada
Bar No. 13538
5940 South Rainbow Boulevard
Las Vegas, NV 89118
*Attorneys for Plaintiff*

The hearing set for June 29, 2026 is vacated and continued to July 15, 2026 at 1:30 p.m.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this ___6/16/2026___

2