**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants SAM'S WEST, INC. d/b/a SAM'S CLUB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WASSIM EL HADDAD, individually,<br><br>Plaintiffs,<br>vs.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Foreign Corporation; M&D Group, LLC, a Nevada Limited Liability Company; DOE EMPLOYEES; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>Defendants. | CASE No. 2:25−cv−01361−JAD−BNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND EXTENSION OF DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 15, 2026, the Court conducted a hearing in this matter and directed the parties to participate in a Mandatory Settlement Conference ("MSC").
2. Following the hearing, counsel for the parties met and conferred regarding settlement efforts and mutually agreed that mediation before a private mediator would be the most efficient means of pursuing resolution of this action.
3. The parties have scheduled a private mediation before **Hon. Jackie Glass** on **August 19, 2026**.
4. In light of the scheduled private mediation, the parties respectfully request that the Court permit the August 19, 2026 private mediation to satisfy the Court's directive that the parties participate in a settlement conference, in lieu of attending a Court-sponsored MSC.

///

5. The parties further agree that, should the matter not resolve at mediation, additional time will be necessary to complete post-mediation discussions and prepare the Joint Pretrial Order.

6. Accordingly, the parties respectfully request that the deadline to file the Joint Pretrial Order be extended to **September 19, 2026**.

7. This request is made jointly, in good faith, and not for purposes of delay. The requested relief will conserve the resources of the Court and the parties by allowing them to engage in meaningful settlement discussions before incurring the time and expense associated with preparation of the Joint Pretrial Order.

**IT SO STIPULATED**

Dated this 24th day of July, 2026.

**TYSON & MENDES LLP**

*/s/ Griffith H. Hayes*

__________________________
GRIFFITH H. HAYES
Nevada Bar No. 7374
TYRUS COBB
Nevada Bar No. 8031
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB*

Dated this 24th day of July, 2026.

**PACIFIC WEST INJURY LAW**

*/s/ Kristopher M. Helmick*

________________________
KRISTOPHER M. HELMICK
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV
Nevada Bar No. 13538
5940 South Rainbow Boulevard
Las Vegas, NV 89118
*Attorneys for Plaintiff*

## ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED** that the parties' Stipulation is GRANTED.

**IT IS FURTHER ORDERED** that:

The parties are authorized to participate in private mediation on August 19, 2026, which shall satisfy the Court's prior directive that the parties participate in a settlement conference in this matter. Accordingly, the settlement conference currently scheduled for November 20, 2026, is VACATED.

/ /

//

The deadline for filing the Joint Pretrial Order is extended to **September 19, 2026**. If the case resolves at mediation, the parties shall promptly file the appropriate dismissal documents.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED this 27th day of July, 2026