**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
ghayes@tysonmendes.com
RICHARD VERLANDER
Nevada Bar No. 12887
rverlander@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WASSIM EL HADDAD, individually,<br><br>Plaintiffs,<br>vs.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB, a Foreign Corporation; M&D Group, LLC, a Nevada Limited Liability Company; DOE EMPLOYEES; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>Defendants. | CASE No. 2:25−cv−01361−JAD−BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 33 |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff WASSIM EL HADDAD, an individual, by and through his counsel, PACIFIC WEST INJURY LAW and Defendant SAM'S WEST, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 22nd day of September, 2026.

**TYSON & MENDES LLP**

*/s/ Griffith Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
RICHARD VERLANDER
Nevada Bar No. 12887
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*

Dated this 22nd day of September, 2026.

**PACIFIC WEST INJURY LAW**

*/s/ Krill Mikhaylov*
KRISTOPHER M. HELMICK
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV
Nevada Bar No. 13538
5940 South Rainbow Boulevard
Las Vegas, NV 89118
*Attorneys for Plaintiff*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs. The Clerk of the Court is directed to CLOSE THIS CASE.

**UNITED STATES DISTRICT JUDGE**

*9/23/26*